AUSA: MATTHEW SPECHT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

26 mj 3422

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH SOLOMON FOX,<br>a/k/a "Poppy,"<br><br>Defendant. | **SEALED COMPLAINT**<br><br>Violation of 18 U.S.C. § 922(g)<br><br>COUNTY OF OFFENSE:<br>ROCKLAND |

SOUTHERN DISTRICT OF NEW YORK, ss.:

Ryan Zimmerman, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

**COUNT ONE**
**(Possession of Ammunition After a Felony Conviction)**

1. On or about July 12, 2026, in the Southern District of New York and elsewhere, JOSEPH SOLOMON FOX, a/k/a "Poppy," the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit, one round of 9mm ammunition and eight 9mm cartridge cases, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Section 922(g)(1).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Special Agent with the FBI and have been involved in the investigation of this matter. I base this affidavit on my own personal experience investigating crimes involving firearms; my conversations with other law enforcement personnel and witnesses; my review of interview notes; and my examination of various reports, recordings, photographs, records, and videos, including surveillance video. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

**Shooting in Nyack, New York**

3. Based upon my conversations with witnesses and law enforcement officers, I know that on or about midnight on the morning of July 12, 2026, law enforcement responded to a

shooting in or around 403 Nyack Plaza in Nyack, New York. In particular, I have learned the following, in substance and in part:

a. Law enforcement identified an individual on the ground who appeared to have suffered multiple gunshot wounds and was later hospitalized (the "Victim"). The Victim identified "Poppy" as the individual who shot him, and stated that Poppy's real name was Joseph Solomon. Additionally, I am aware that "Poppy" is a nickname used by FOX. Specifically, I am aware of an Instagram handle used by FOX that includes the name "Poppy," and I am aware that state court records list "Poppy" as a moniker.

b. The Victim reported, in substance and in part, that he has known FOX since approximately 2009, and that the Victim was in the area of Nyack Plaza when FOX walked up to him, brandished a black firearm, and fired multiple shots at him from close range before leaving the area by walking back to the direction from which FOX had arrived.

c. As a result of the shooting, the Victim sustained multiple gunshot wounds. The Victim was hospitalized for multiple weeks as a result of those wounds.

d. Law enforcement recovered from the location of the shooting one round of 9mm ammunition and eight 9mm cartridge cases.

e. The investigation has revealed that FOX's mother lives near a location in Nyack, New York (the "Nyack Location") that is several blocks from the location where the Victim was shot. Surveillance footage from the area around the Nyack Location from at or around 9:30 PM on July 11, 2026 depicts a man in the area around the Nyack Location wearing a dark shirt, orange shorts, and white sneakers. A still image from the surveillance footage is reproduced below.



f. The parking lot of Nyack Plaza in Nyack, New York is approximately one block from the location where the Victim was shot. Surveillance footage from the parking lot of

Nyack Plaza from at or around midnight on the morning of July 12, 2026 depicts a man walking in the direction of location where the victim was shot wearing a dark hoodie, dark pants, and white sneakers (circled in red). A still image from the surveillance footage is reproduced below.



g. Shortly after the above-depicted image, the surveillance footage depicts multiple individuals running away from the location where the Victim was shot, and depicts a man wearing a similar outfit walking through the parking lot (circled in red). A still image from the surveillance footage is reproduced below.



h. 36 South Broadway is approximately two blocks from the location where the Victim was shot, in the direction of travel of the man in the surveillance video depicted above. Surveillance footage from the rear of 36 South Broadway from at or around midnight on the

morning of July 12, 2026 depicts a man wearing a dark hoodie, dark pants, and white sneakers walking from the parking lot to the rear of the building (circled in red). A still image from the surveillance footage is reproduced below.



i. Surveillance footage from the interior of 36 South Broadway in Nyack, New York from at or around midnight on the morning of July 12, 2026 depicts a man wearing a dark hoodie, dark pants, and white sneakers. The surveillance footage depicts the man holding what appears to be a cell phone and walking into the building from the rear door. Still images from the surveillance footage are reproduced below.





j. Additional surveillance footage from the interior of 36 South Broadway in Nyack, New York depicts a man wearing a dark hoodie, dark pants, and white sneakers walking

through the interior of the building. A still image from the surveillance footage is reproduced below.




k. FOX was arrested on or about September 16, 2025 in or around Spring Valley, New York. In connection with that arrest, law enforcement photographed FOX. In the photographs taken by law enforcement (reproduced below), FOX is wearing a distinctive camouflage hoodie that appears similar to the hoodie depicted in the above video.



l. Surveillance footage from across the street from 36 South Broadway in Nyack, New York from at or around midnight on the morning of July 12, 2026 depicts a man pacing on the porch of 36 South Broadway wearing a dark hoodie, dark pants, and white sneakers; changing into shorts and a tee shirt; and entering the passenger side of a vehicle. A still image from the surveillance footage is reproduced below.



m. Surveillance footage from the front exterior of 36 South Broadway in Nyack, New York from at or around midnight on the morning of July 12, 2026 depicts the man on the porch of 36 South Broadway from a different angle. The surveillance footage depicts the man wearing a shirt, orange shorts, and white sneakers; holding what appears to be dark clothing; and entering the passenger side of a vehicle. Still images from the surveillance footage are reproduced below.



n. By reviewing surveillance and records from license plate readers, the investigation has revealed that the vehicle depicted above is a red Kia Sportage (the "Kia Sportage") registered to an individual who FOX identified as an associate of his during a September 2025 interaction with law enforcement ("Individual-1"). The investigation has revealed that the Kia Sportage was identified in or around Nyack, New York during the evening of July 11, 2016; traveled eastbound on the Tappan Zee Bridge on or about 12:16 AM on July 12, 2026; and was identified in or around the Bronx, New York on or about 12:37 AM on July 12, 2026.

o. Records obtained from Verizon reflect that, on or about March 10, 2026, two cellphones were registered in the name of Individual-1. The investigation has revealed that one of those cellphones was used by FOX ("FOX's Phone"). Specifically, in or around June 2026, a male caller used FOX's Phone to call a business located in or around Nyack, New York. The

male caller became argumentative with an individual associated with the business. The male caller then arrived at the address of the business and threatened an individual associated with the business. A law enforcement officer who has personally interacted with FOX multiple times, including during a prior arrest, reviewed surveillance footage of the male caller who arrived at the address of the business after using FOX's Phone, and identified that person as FOX.

p. Toll records obtained from Verizon reflect that, between on or about 12:02 AM on July 12, 2026 and on or about 12:09 AM on July 12, 2026, FOX's Phone placed three outgoing calls to the other cellphone number registered to Individual-1.

q. Historical location data obtained from Verizon reflect that FOX's Phone was in the vicinity of the shooting around midnight on the morning of July 12, 2026, was later in the vicinity of the Tappan Zee Bridge, and later traveled to New York City. The investigation further reveals that FOX's Phone appears to have been turned off before approximately 1:00 AM on or about July 12, 2026, and appears to have been turned on again on or about 10:55 PM on or about July 12, 2026 in North Carolina before being turned off again.

**Interstate Nexus**

4. Based on information provided to me by the U.S. Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives, I am aware that the recovered ammunition and cartridge cases were manufactured outside the State of New York.

**FOX's Prior Felony Conviction**

5. Based on my review of documents and reports, including criminal history records for JOSPEH SOLOMON FOX, a/k/a "Poppy," the defendant, I have learned the following, in substance and in part:

a. On or about July 14, 2020, FOX was convicted in Rockland County Court of attempted robbery in the second degree, in violation of NYPL § 160.10, a felony which is punishable by imprisonment for a term exceeding one year.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of JOSEPH SOLOMON FOX, a/k/a "Poppy," the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

Ryan Zimmerman
Special Agent
Federal Bureau of Investigation

Sworn to before me this 20th day of August, 2026.

THE HONORABLE JUDITH C. McCARTHY
Chief United States Magistrate Judge
Southern District of New York