UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA :

v. :

JOSEPH SOLOMON FOX, :

Defendants. :

-----------------------------------------------------------x

**SCHEDULING ORDER**

7:26-cr-467 (PMH)

An Initial Conference is scheduled for October 20, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
October 8, 2026

Philip M. Halpern
United States District Judge