UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH SOLOMON FOX,<br><br>Defendant. | 7:26-cr-467 (PMH)<br><br>**MEDICAL ORDER** |

TO THE WARDEN OF THE METROPOLITAN DETENTION CENTER (MDC):

Whereas the defendant, JOSEPH SOLOMON FOX (USM # 94820-512) has been remanded to the custody of the U.S. Marshals following an initial appearance before this Court on October 20, 2026;

Whereas the defendant was incarcerated at the MDC (80 29th Street, Brooklyn N.Y.) prior to the initial appearance and will continue to be incarcerated at the MDC Jail pending resolution of his case before this court;

Whereas during the defendant's initial appearance on October 20, 2026, the defendant, through his counsel, informed the Court that the defendant (i) has a laceration on his foot as a result of an athletes-foot condition (ii) has been suffering from migraine headaches and (iii) has been losing weight due to his allergies to certain vegetables mixed into the food at the MDC;

Whereas the defendant has requested immediate medical attention to address the issues of the laceration to his foot and migraine headaches;

Whereas the defendant has requested a dietary accommodation such that he would have access to Halal food which would avoid his exposure to vegetables he is allergic to;

WHEREFORE, the Court directs the Warden of the MDC to provide the defendant with a full medical examination of his foot and head and to provide any necessary medical treatment forthwith;

WHEREFORE, the Court directs the Warden of the MDC to provide the defendant with a diet of Halal food and to otherwise ensure the defendant receives adequate nutrition in light of his allergies to certain vegetables.

**SO ORDERED:**

Dated: White Plains, New York
October 21, 2026

Philip M. Halpern
United States District Judge